UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-cv-11480-PBS

*******************************
DAVID A. MACNEIL,
    Plaintiff

    V.

UNITED STATES OF AMERICA,
    Defendant
*********************************

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT:

    Notice is hereby given that the address of counsel for the plaintiff in the above-entitled action has been changed to:

Edward J. O'Brien
Law Offices of Edward J. O'Brien
14 Wood Road – Suite 206
Braintree, MA  02184
Tel: 617-472-1937
Fax: 617-472-2111
Email: edward.obrien1985@gmail.com

    The Plaintiff,
    David A. MacNeil,
    By His Attorney,

/s/ *Edward J. O'Brien*
Edward J. O'Brien
BBO No. 546359
14 Wood Road – Suite 206
Braintree, MA  02184
Tel: 617-472-1937
Fax: 617-472-2111
edward.obrien1985@gmail.com

[2]

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021 I filed the attached document(s) through the CM/ECF System for electronic service to the following registered Users or by sending by first class mail to:

Nathaniel R. Mendell,
Acting United States Attorney for the District of Massachusetts
Office of the United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210


/s/ *Edward J. O'Brien*
Edward J. O'Brien, Esq.
BBO No. 546359
14 Wood Road – Suite 206
Braintree, MA  02184
Tel: 617-472-1937
edward.obrien1985@gmail.com